☒ FILED ☐ LODGED

**Oct 08 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
FERNANDA MUNOZ
Special Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Agustin Garcia-Torres,<br><br>Defendant. | CR 25-04295-TUC-MSA<br><br>**INFORMATION**<br><br>Violation:<br><br>19 U.S.C. §§ 1459(a), (e)(1), & (g)<br>(Reporting Requirements for Individuals)<br>(Class A Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

On or about October 7, 2025, in the District of Arizona, at or near San Miguel, Arizona, Agustin Garcia-Torres, upon arrival in the United States other than by vessel, vehicle, or aircraft intentionally failed to enter the United States at a border crossing point designated by the Secretary of the Department of Homeland Security or immediately failed to report their arrival and present themselves for inspection to a Customs Officer at a facility designated by immigration officials for that crossing point; all in violation of Title 19, United States Code, Sections 1459(a), (e)(1), & (g), a Class A misdemeanor.

October 8, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Jerry M. Meinecke* for

FERNANDA MUNOZ
Special Assistant U.S. Attorney